PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>MICHAEL ROY ANGLIN,<br><br>               Defendant. | CASE NO.  1:23-cr-00194-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 13, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1.      By previous order, this matter was set for status on March 13, 2024.

2.      By this stipulation, defendants now move to vacate the status conference and set the matter for a change of plea on April 1, 2024, and to exclude time between March 13, 2024, and April 1, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The parties have reached a plea disposition in this matter and April 1 is the earliest available date for the parties for a change of plea.

b)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

et seq., within which trial must commence, the time period of March 13, 2024 to April 1, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    IT IS SO STIPULATED.

2

3    Dated:  March 6, 2024                    PHILLIP A. TALBERT
                                              United States Attorney

4                                             /s/ KAREN A. ESCOBAR
                                              KAREN A. ESCOBAR
5                                             Assistant United States Attorney

6    Dated:  March 6, 2024                    /s/ Darryl E Young
                                              DARRYL E. YOUNG
7                                             Counsel for Defendant
                                              MICHAEL ROY ANGLIN
8

9

10                              **ORDER**

11        IT IS SO ORDERED that the status conference set for March 13, 2024, is vacated. A change of

12   plea hearing is set for **April 1, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

13   Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

14

15   IT IS SO ORDERED.

16

17   Dated:   **March 6, 2024**              /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28