PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROY ANGLIN,<br><br>Defendant. | CASE NO. 1:23-cr-00194-NODJ-BAM<br><br>STIPULATION REGARDING CONTINUANCE; ORDER<br><br>DATE: July 29, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. NODJ |

**STIPULATION**

1. By previous order, this matter was set for sentencing on July 29, 2024.

2. By this stipulation, defendant now moves to continue the sentencing until October 21, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant is moving his law office during the month of July.

   b) Counsel for defendant is available for sentencing on October 21, 2024.

   c) The government does not object to the continuance.

/ / /

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

IT IS SO STIPULATED.

Dated:  May 20, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  May 20, 2024

/s/ Darryl E Young
DARRYL E. YOUNG
Counsel for Defendant
MICHAEL ROY ANGLIN

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from July 29, 2024, to **October 21, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **May 21, 2024**            /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE