1  DARRYL E. YOUNG, SBN #255894
   Law offices of Darryl E. Young
2  7041 Koll Center Parkway, Ste. 255,
   Pleasanton, California 94566
3  Telephone: (925) 215-0300
   Facsimile:  (925) 425-7181
4
   Attorney for Defendant
5
6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA              Case No. 1:23-cr-00194-NODJ-BAM

9             Plaintiff,                 STIPULATION TO CONTINUE
                                         SENTENCING; ORDER
10
11       v.

12 MICHAEL ANGLIN,

13            Defendant.

14

15       IT IS HEREBY STIPULATED by and between the parties through their respective

16 counsel that the Sentencing scheduled for October 23, 2024, at 9:00 a.m. before the Honorable

17 Todd W. Robinson, may be continued to December 2, 2024, at 9:00 a.m. before the No District

18 Court Judge.  The Defense has a conflict with changed sentencing date from October 21 to

19 October 23, 2024.  The parties agree that the ends of justice served by taking this action

20 outweigh the best interests of the public, as the defense and will need additional time to prepare.

21
22  Dated:  October 4, 2024         /s/ Darryl Young
                                    Darryl Young
23                                  Defense Counsel for Michael Anglin

24  Dated:  October 4, 2024         /s/ Karen Escobar
                                    Karen Escobar
25                                  Assistant United States Attorney

26

27

28

   STIPULATION AND ORDER - 1

1

DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young

2

7041 Koll Center Parkway, Ste. 255,
Pleasanton, California 94566

3

Telephone: (925) 215-0300
Facsimile:  (925) 425-7181

4

5

Attorney for Defendant

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

| UNITED STATES OF AMERICA | Case No. 1:23-cr-00194-NODJ |
| --- | --- |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL ANGLIN, | |
| Defendant. | |

11

12

13

14

15

16

17

18

        Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for

October 23, 2024, at 9:00 a.m., shall be continued to **December 2, 2024, at 9:00 am. in**

19

**Courtroom 5 before the District Court Judge**.

20

21

IT IS SO ORDERED.

22

23

    Dated:    **October 7, 2024**            ___/s/ *Barbara A. McAuliffe*_____

                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

STIPULATION AND ORDER - 2