1  DARRYL E. YOUNG, SBN #255894
   Law offices of Darryl E. Young
2  7041 Koll Center Parkway, Ste. 255,
   Pleasanton, California 94566
3  Telephone: (925) 215-0300
   Facsimile:  (925) 425-7181
4
5  Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00194-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; AND ORDER |
| v. | |
| MICHAEL ANGLIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Sentencing scheduled for December 2, 2024, at 9:00 a.m. before No District Court Judge, may be continued to February 10, 2025, at 9:00 a.m. before the No District Court Judge.  The Defense wishes to amend informal objections based on a recently discovered issue. The parties agree that the ends of justice served by taking this action outweigh the best interests of the public, as the defense needs additional time to prepare.

Dated:  November 15, 2024              */s/ Darryl Young*
                                       Darryl Young
                                       Defense Counsel for Michael Anglin

Dated:  November 15, 2024              */s/ Karen Escobar*
                                       Karen Escobar
                                       Assistant United States Attorney

STIPULATION AND ORDER - 1

DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
7041 Koll Center Parkway, Ste. 255,
Pleasanton, California 94566
Telephone: (925) 215-0300
Facsimile: (925) 425-7181

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:23-cr-00194-NODJ |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MICHAEL ANGLIN, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for December 2, 2024, at 9:00 a.m., shall be continued to **February 10, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **November 15, 2024**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER - 2